# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KAIBIN GUAN,

                Plaintiff,                      18 **CIVIL** 2417 (GBD) (BCM)

        -against-                             **JUDGMENT**

CITY OF NEW YORK, OFFICER PETER BOYLE, Shield #18572, in his individual and official capacities, and OFFICER LUIS LARASAAVEDRA Shield #19150, in his Individual and official capacities,

                Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 29, 2020, Defendants' motion for summary judgment, (ECF No. 86), is granted; the amended complaint is dismissed in its entirety with prejudice.

**Dated:** New York, New York
          October 30, 2020

                                                          **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                   **BY:**
                                                             **Deputy Clerk**